MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MICHAEL MAFFEI (CABN 240978)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    Fax: (415) 436-7027
    Email: Michael.Maffei@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 14-00651 TEH |
|---|---|
| v. | ) STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OTHERWISE APPLICABLE SPEEDY TRIAL ACT CALCULATION |
| LUIS GONZALO CAUICH CARBAJAL, | |
| Defendant. | |

### STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties were originally scheduled to appear before the Court on August 31, 2015 at 2:30 p.m. for a status hearing. Due to a scheduling conflict, the government requested the parties reschedule the August 31, 215 date. The parties agreed to stipulate to a continuance of the matter, with time excluded for effective preparation of counsel, to allow defense counsel to review discovery.

2. Accordingly, the parties' discussed rescheduling this matter to September 14, 2015 at 2:30 p.m., with the understanding that the parties would submit a Stipulation and Proposed Order excluding time.

3. The parties now formalize their request for a continuance of this matter to September 14, 2015 at 2:30 p.m. for a further status conference, and respectfully submit and agree that the period from

August 31, 2015 through and including September 14, 2015 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence. Specifically, the time requested for exclusion will allow defense counsel to review discovery.

    IT IS SO STIPULATED.

DATED: August 20, 2015          MELINDA HAAG
                                      United States Attorney

                                      /s/
                                      MICHAEL MAFFEI
                                      Assistant United States Attorney

DATED: August 20, 2015

                                      /s/
                                      GABRIELA BISCHOF
                                      Counsel for the Defendant

## [~~PROPOSED~~] ORDER

    Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from August 31, 2015 through and including September 14, 2015 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    Accordingly, THE COURT ORDERS THAT:

    1.    The parties shall appear before the Court on September 14, 2015 at 2:30 p.m. for further status conference.

//

//

2.     The period from August 31, 2015 through and including September 14, 2015 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED:  08/25/2015



STIP. AND ORDER EXCLUDING TIME
CR 14-00651 TEH

3